Fill in this information to identify your case:

Debtor 1: Monica S. Chavez
Debtor 2 (Spouse if, filing):
United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO
Case number (if known):

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7
12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **DriveTime Credit Co**<br>Description of property securing debt: **2015 Volkswagon Jetta 80000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: **Retain & Pay** | ☐ No<br>■ Yes |
| Creditor's name: **Freedom Road Financial**<br>Description of property securing debt: **2015 Arctic Cat 500 4 wheeler** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: **Retain & Pay** | ☐ No<br>■ Yes |
| Creditor's name: **Judy Gonzales**<br>Description of property: **11 Encantada Polvadera, NM 87828 Socorro County Rent to own** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: | ☐ No<br>■ Yes |

Debtor 1 Monica S. Chavez      Case number (if known)

securing debt:
Retain & Pay

Creditor's name: Lobel Financial Corp

Description of property securing debt: 2005 Chrysler 300 180000 miles Not running

- ■ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a Reaffirmation Agreement.
- ☐ Retain the property and [explain]:

■ No
☐ Yes

Creditor's name: One Main financial

Description of property securing debt: 2003 Ford F 150 208000 miles

- ☐ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a Reaffirmation Agreement.
- ■ Retain the property and [explain]: Retain & Pay

☐ No
■ Yes

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases | Will the lease be assumed?

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

Official Form 108      Statement of Intention for Individuals Filing Under Chapter 7      page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  Monica S. Chavez                                         Case number (if known)

X  /s/ Monica S. Chavez                                            X _____
Monica S. Chavez                                                   Signature of Debtor 2
Signature of Debtor 1

Date  August 8, 2017                                               Date